EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                      | 2017 TSPR 183   |
|                             |                 |
|                             | 198 DPR ____    |
| Ernesto Lebrón González     |                 |

Número del Caso: TS-7273


Fecha:  9 de noviembre de 2017


Abogado de la parte peticionaria:

        Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ernesto Lebrón González

TS-7273

RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de noviembre de 2017.

Evaluada la "Moción solicitando reinstalación, informando cumplimiento con orden y cumplimiento con educación jurídica continua" presentada por el Sr. Ernesto Lebrón González, se provee con lugar y se le reinstala al ejercicio de la abogacía. Se le apercibe que, en el futuro, no obedecer las órdenes de este Tribunal diligentemente podría acarrear sanciones adicionales.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo